IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BOBBY SENORIS THOMPSON**                                                **PLAINTIFF**

**v.**                          **No. 1:20CV140-NBB-JMV**

**LEE COUNTY, ET AL.**                                                          **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S MOTION [11] TO
ENFORCE *IN FORMA PAUPERIS* ORDER WITHOUT PREJUDICE**

This matter comes before the court on the motion [11] by the plaintiff for the court to enforce its previously entered order [7] granting his motion to proceed as a pauper and directing the inmate account custodian to send partial payments of the filing fee in this case based upon a formula. The plaintiff alleges that the account custodian is not complying with the order, and that failure is causing him a financial hardship. The plaintiff did not, however, provide a printout of his inmate account record; as such, the court cannot determine whether the account custodian has complied with the order or not. As such, the instant motion [11] is **DENIED** without prejudice to the plaintiff's ability to file another such motion with accompanying documentation of his inmate account records.

**SO ORDERED**, this, the 14th day of September, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE