IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BOBBY SENORIS THOMPSON**                                                 **PLAINTIFF**

v.                                                                                 **No. 1:20CV140-NBB-JMV**

**LEE COUNTY, ET AL.**                                                                  **DEFENDANTS**

**ORDER *DISMISSING* AS MOOT PLAINTIFF'S MOTION [33]
TO ENFORCE *IN FORMA PAUPERIS* ORDER**

This matter comes before the court on the motion [33] by the plaintiff for a court order requiring the inmate account custodians at the Lee County Adult Detention Center to comply with the court's order [7] granting the plaintiff's motion to proceed as a pauper. The court's order required the inmate account custodian to debit an initial payment to the court (for the filing fee in this case), then process small monthly payments, according to the formula set forth in the order, until the filing fee is paid in full. Instead, the inmate account custodian initially entered a debit on the plaintiff's account for the entire $350 filing fee at once. In their response to the motion, the defendants noted that the $350 debit on the account was merely an entry – and that the plaintiff did not actually pay the entire fee. Later, the debit entry was reversed, and the plaintiff's account balance has been corrected. Since the filing of this motion, the plaintiff was transferred from the Lee County Adult Detention Center to the Central Mississippi Correctional Facility, where his inmate account will be managed through the Mississippi Department of Corrections.

For these reasons, the instant motion [33] to enforce the court's *in forma pauperis* order is **DISMISSED** as moot.

**SO ORDERED**, this, the 21st day of April, 2021.

                                                                 /s/    Jane M. Virden
                                                                 UNITED STATES MAGISTRATE JUDGE