# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**BOBBY SENORIS THOMPSON**                                                             **PLAINTIFF**

**v.**                **No. 1:20CV140-NBB-JMV**

**LEE COUNTY, ET AL.**           **DEFENDANTS**

Consolidated With

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**BOBBY SENORIS THOMPSON**           **PLAINTIFF**

**v.**              **No. 1:20CV215-GHD-RP**

**LEE COUNTY**          **DEFENDANTS**

## ORDER CONSOLIDATING CASES

This matter comes before the court on the motion [60] by the defendants to consolidate:

*Thompson v. Lee County, et al.*, 1:20CV140-NBB-JMV and *Thompson v. Lee County*, 1:20CV215-GHD-RP under Fed. R. Civ. P. 42(a), which states:

> **(a) Consolidation.** If actions before the court involve a common question of law or fact, the court may:
>
> **(1)** join for hearing or trial any or all matters at issue in the actions;
>
> **(2)** consolidate the actions; or
>
> **(3)** issue any other orders to avoid unnecessary cost or delay.

Fed. R. Civ. P. 42. The two actions at issue have common questions of both law and fact, and under Fed. R. Civ. P. 42(a)(2), the court will consolidate the cases.

Under the court's Uniform Local Rules:

> [T]he action bearing the lower or lowest docket number will control the designation of the district or magistrate judge before whom the motion to consolidate is noticed; the docket number will also determine the judge before whom the case or cases will be tried. Consolidation of actions from different divisions of a district court will be controlled by the earliest filing date. A dismissal of the action bearing the lower or lowest number before the hearing on a motion to consolidate will not affect the operation of this rule. The judge initially assigned the lower or lowest numbered action, even if that action has been dismissed, will be the judge before whom the action(s) will be tried.

Rule 42, Uniform Local Rules of the Northern and Southern Districts of Mississippi.

For these reasons, the motion [60] by the defendants is GRANTED, and it is, therefore,

**ORDERED** that the Clerk of the Court **CONSOLIDATE** these cases, selecting as the lead case:

*Thompson v. Lee County, et al.*, 1:20CV140-NBB-JMV.

**SO ORDERED**, this, the 25th day of June, 2021.

/s/ Neal Biggers
NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE