IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BOBBY SENORIS THOMPSON**                                  **PLAINTIFF**

**v.**                                                    **No. 1:20CV140-NBB-JMV**

**LEE COUNTY, ET AL.**                                        **DEFENDANTS**

Consolidated With

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BOBBY SENORIS THOMPSON**                                  **PLAINTIFF**

**v.**                                                    **No. 1:20CV215-NBB-JMV**

**LEE COUNTY**                                                    **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S
MOTIONS [70], [37][1] FOR DISCOVERY**

The plaintiff has filed two motions [70], [37] to conduct discovery in the present case proceeding under 42 U.S.C. § 1983 challenging the conditions of his confinement. The plaintiff is currently incarcerated at the South Mississippi Correctional Institution. Discovery in *pro se* prisoner conditions of confinement cases is limited to that set forth in the court's scheduling order. The plaintiff has not provided sufficient justification for discovery beyond the limits set forth in that order. As such, he is not entitled to conduct discovery at this time, and the motions [70], [37] are **DENIED**.

**SO ORDERED**, this, the 28th day of July, 2021.

                                                         /s/ Jane M. Virden
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The plaintiff filed identical motions in both the lead case and companion case in this consolidated case. The motion in the lead case is Doc. 70; the motion in the companion case is Doc. 37. This order resolves both motions.