**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**BOBBY SENORIS THOMPSON**                                                **PLAINTIFF**

**v.**                                                                       **No. 1:20CV140-NBB-JMV**

**LEE COUNTY, ET AL.**                                                       **DEFENDANTS**

**Consolidated With**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**BOBBY SENORIS THOMPSON**                                                **PLAINTIFF**

**v.**                                                                       **No. 1:20CV215-NBB-JMV**

**LEE COUNTY**                                                              **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S
MOTIONS [81 in 1:20CV140], [48 in 1:20CV215] FOR DISCOVERY
IN THE FORM OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS**

The plaintiff has filed motions [81 in 1:20CV140], [48 in 1:20CV215] to conduct discovery in

this case proceeding under 42 U.S.C. § 1983 challenging the conditions of his confinement.   The

plaintiff is currently incarcerated at the South Mississippi Correctional Institution.   Discovery in *pro*

*se* prisoner conditions of confinement cases is limited to that set forth in the court's scheduling order.

The plaintiff has not provided sufficient justification for discovery beyond the limits set forth in that

order.   As such, he is not entitled to conduct discovery at this time, and the motions [81 in

1:20CV140], [48 in 1:20CV215] are **DENIED**.

**SO ORDERED**, this, the 1st day of September, 2021.

                                              /s/    Jane M. Virden
                                              UNITED STATES MAGISTRATE JUDGE