**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**BOBBY SENORIS THOMPSON**                                                            **PLAINTIFF**

**v.**                   **No. 1:20CV140-NBB-JMV**

**LEE COUNTY, ET AL.**           **DEFENDANTS**

Consolidated With

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**BOBBY SENORIS THOMPSON**        **PLAINTIFF**

**v.**        **No. 1:20CV215-NBB-JMV**

**LEE COUNTY**        **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S MOTION [86 in lead case], [53 in companion case]
FOR RECONSIDERATION OF THE DENIAL [53 in lead case], [17 in companion case]
OF APPOINTMENT OF COUNSEL**

This matter comes before the court on the plaintiff's motion for reconsideration of the court's order denying appointment of counsel. Interlocutory orders, such as the present one, are subject to the complete power of the court rendering them to afford such relief from them as justice requires. 7 Moore's Federal Practice ¶ 60.20 at 60–170 (2d ed. 1985). In this instance, the plaintiff's arguments are insufficient to persuade the court to alter its initial ruling. As such, the plaintiff's request [86 in lead case], [53 in companion case]for reconsideration is **DENIED.**

**SO ORDERED**, this, the 18th day of November, 2021.

                                                                /s/ Jane M. Virden
                                                                UNITED STATES MAGISTRATE JUDGE