**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**BOBBY SENORIS THOMPSON**      **PLAINTIFF**

v.      **No. 1:20CV140-NBB-JMV**

**LEE COUNTY, ET AL.**      **DEFENDANTS**

Consolidated With

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**BOBBY SENORIS THOMPSON**      **PLAINTIFF**

v.      **No. 1:20CV215-NBB-JMV**

**LEE COUNTY**      **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the motion [87-lead case], [54-companion case] by the defendants for summary judgment is **GRANTED**, and judgment is **ENTERED** for the defendants in all respects.

**SO ORDERED**, this, the 26th day of January, 2022.

                                                       /s/ Neal Biggers
                                                       NEAL B. BIGGERS
                                                       SENIOR U. S. DISTRICT JUDGE