IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BOBBY SENORIS THOMPSON**            **PLAINTIFF**

**v.**            **No. 1:20CV140-NBB-JMV**

**LEE COUNTY, ET AL.**            **DEFENDANTS**

Consolidated With

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BOBBY SENORIS THOMPSON**            **PLAINTIFF**

**v.**            **No. 1:20CV215-NBB-JMV**

**LEE COUNTY**            **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S
MOTION FOR DISCOVERY**

The plaintiff has filed a motion to conduct discovery in the present case proceeding under 42 U.S.C. § 1983 challenging the conditions of his confinement. The plaintiff is currently incarcerated at the South Mississippi Correctional Institution. As this case is closed, the instant motion is **DISMISSED** as moot.

**SO ORDERED**, this, the 26th day of January, 2022.

                                               /s/ Neal Biggers
                                               NEAL B. BIGGERS
                                               SENIOR U. S. DISTRICT JUDGE